# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-7270-RGK (AGR) | Date | September 22, 2020 |
|---|---|---|---|
| Title | Sabena Puri v. United States of America | | |

Present: The Honorable  Alicia G. Rosenberg, United States Magistrate Judge

| Karl Lozada | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner | Attorneys Present for Respondent |
|---|---|
| None | None |

**Proceedings:**  In Chambers:  BRIEFING SCHEDULE

On August 12, 2020, Petitioner filed a Petition to Quash Third Party Summons Issued to CitiBank, N.A. by the Internal Revenue Service, ("Petition").  (Dkt. No. 1.)

IT IS HEREBY ORDERED that:

1. Respondent shall file an opposition on or before **October 13, 2020.**

2. Petitioner may file a reply within 14 days of service of the opposition.

3. A telephonic hearing on Petitioner's Petition is set for **November 10, 2020 at 10:00 a.m.**

Initials of Preparer     kl