1  NICOLA T. HANNA
   United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   GAVIN L. GREENE (Cal. Bar No. 230807)
4  Assistant United States Attorney
        Federal Building, Suite 7211
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-4600
        Facsimile: (213) 894-0115
7       E-mail: Gavin.Greene@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Sabena Puri,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>United States of America,<br><br>　　　　Respondent. | Case No. CV 20-7270 RGK (AGRx)<br><br>Stipulation re Briefing Schedule<br><br>[Proposed] Order lodged concurrently<br><br>Hon. Alicia G. Rosenberg Magistrate Judge<br><br>Date:　　　November 10, 2020<br>Time:　　　10:00 a.m.<br>Courtroom:　Telephonic Hearing |

1  The undersigned parties by and through their undersigned counsel,
2  request that the Court enter the proposed Order re Briefing Schedule lodged
3  concurrently.

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: October 9, 2020        /s/
GAVIN GREENE
Assistant United States Attorney
Attorneys for the United States of America


LAW OFFICES OF SCOTT E. SCHUTZMAN

Dated: October 9, 2020        /s/
SCOTT E. SCHUTZMAN
Attorneys for Sabena Puri

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I Gavin Greene attest that Scott Schutzman concurs in the contents of this document and has authorized this filing.

2