Scott E. Schutzman, Esq. SBN 140962
LAW OFFICES OF SCOTT E. SCHUTZMAN
2124 Main Street, Suite 130
Huntington Beach, California 92648
Tel: 714-374-0099
Email: schutzy@msn.com

Jeffrey A. Neiman, Esq. (PHV)
Derick R. Vollrath (PHV)
MARCUS NEIMAN RASHBAUM
& PINEIRO, LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: 305-400-4269
Email: jneman@mnrlawfirm.com

Attorneys for Petitioner, Sabena Puri

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PURI, SABENA<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 2:20-cv-07270-RGK-AGR<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Sabena Puri, Petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order of the district court accepting findings and recommendations of the United States Magistrate Judge and granting the Government's motion to deny and dismiss her Petition. This order was entered in this action on January 12, 2021. Pursuant to

1  Federal Rule of Appellate Procedure 4(a)(1)(B), this Notice is timely because it was
2  filed within 60 days after entry of the judgment or order appealed from. Such time
3  would expire March 13, 2021.

Dated: February 16, 2021          Respectfully Submitted,

                                  /s/ Scott E. Schutzman
                                  Scott E. Schutzman