# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-07270-RGK (AGRx) | Date | November 14, 2023 |
|---|---|---|---|
| Title | Sabena Puri v. United States of America | | |

| Present: The Honorable | R. Gary Klausner, United States District Judge |
|---|---|

| Joseph Remigio | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings:** **(In Chambers) ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's a motion for relief from judgment of order under Fed. R. Civ. P. 60(b), Respondent opposition to Petitioner's motion for relief from judgment, the briefings and records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Petitioner's motion for relief under Fed. R .Civ. P. 60(b)(6) is DENIED.

IT IS SO ORDERED.

Initials of Preparer     jre